**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **MIKE M. LIU,** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action No.** |
| ) | **25-13820-IT** |
| **v.** ) | |
| ) | |
| **ZWICKER & ASSOCIATES, P.C., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**<u>ORDER</u>**
May 4, 2026

**TALWANI, D.J.**

Plaintiff Mike M. Liu, proceeding *pro se*, filed a <u>Complaint</u> [Doc. No. 1] and an

<u>Application to Proceed in District Court Without Prepaying Fees or Costs</u> [Doc. No. 2]. On

February 25, 2026, the court denied the Application without prejudice where it was unsigned and

omitted important information. Order [Doc. No. 5]. The court instructed Plaintiff, if he wished to

proceed, to file a new signed application containing the missing information no later than

twenty-one (21) days from the date of the order or pay the $405 filing fee. <u>Id.</u> at 1, 4.

Plaintiff did not file a new application by the deadline imposed by the court. Instead, on

April 6, 2026, Plaintiff submitted a check to cover the filing fee and the clerk issued summonses.

The court has now been notified, however, that the check was not supported by sufficient funds,

and $391.18 has now been returned.

Where Plaintiff missed the original deadline for seeking a waiver of fees, and where

Plaintiff's check for the $405 filing fee, was not supported by sufficient funds, the $13.82 paid

by Plaintiff will be returned to his account, and this case is dismissed.

Accordingly, this action is dismissed without prejudice.

SO ORDERED.

           /s/ Indira Talwani

May 4, 2026            UNITED STATES DISTRICT JUDGE